

FILED
17 FEB 28 AM 10: 25
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

IN THE SUPERIOR COURT, IN AND FOR THE COUNTY OF KING, STATE OF WASHINGTON

| | |
|---|---|
| **MIRANDA THOMAS, INDIVIDUALLY**<br>Plaintiff/Petitioner<br><br>vs.<br><br>**AMERICAN FAMILY MUTUAL INSURANCE COMPANY, ET AL.**<br>Defendant/Respondent | Cause No.: **17-2-03702-8 SEA**<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF<br>**SUMMONS - [20 DAYS]; COMPLAINT FOR VIOLATION OF CONSUMER PROTECTION ACT RCW 19.86; ORDER SETTING CIVIL CASE SCHEDULE; PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO AFNI INC.** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **22nd day of February, 2017** at **1:18 PM** at the address of **505 UNION AVE SE STE. 120, OLYMPIA, Thurston County, WA 98501**; this declarant served the above described documents upon **AFNI, INC. c/o CT CORPORATION SYSTEM, .** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Jeff Miner , REGISTERED AGENT, PERSON AUTHORIZED TO ACCEPT**, who accepted service, with identity confirmed by verbal communication, **a white male approx. 35-45 years of age, 5'8"-5'10" tall, weighing 160-180 lbs with brown hair.**.
No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$ 74.50**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED _____ 2/27/17 _____.

_[signature]_

**Scott Gogan, Reg. # 11-0127-04, Thurston County**

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 1

For: Breskin, Johnson & Townsen, PLLC
Ref #: THOMAS - 651

Tracking #: 0015743980



EXHIBIT
I